For plaintiff: George Helford.
For defendant: Quinn, Kernan & Quinn.

| Mary A. Chadwick vs. Ulyessis George Gooby, Ex'r. | No. 2208. |

November, 1930.

BLODGETT, P. J. Heard upon motion of executor for a new trial after verdict of a jury declaring the will in question as not the last will and testament of the deceased testator.

The motion for a new trial is denied.

For appellants: Sheffield & Harvey, Moore & Curry.

For appellees: John A. Murphy, Burdick, Corcoran & Peckham.